UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA C.,<br><br>   Plaintiff,<br><br>  v.<br><br>BLUE SHIELD OF CALIFORNIA,<br><br>   Defendant. | Case No. 24-cv-07272-SK<br><br>**ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM**<br><br>Regarding Docket No. 5 |

On October 23, 2024, Plaintiff brought a motion to proceed with the instant action under a pseudonym. (Dkt. No. 5.) Plaintiff has brought an E.R.I.S.A. action alleging that Plaintiff's minor child was denied mental health benefits to which the minor child was entitled. In the motion to proceed under a pseudonym, Plaintiff explains that revealing Plaintiff's identity risks revealing the minor child's identity, which in turn would reveal the minor child's sensitive mental health diagnoses and treatment. "[M]any federal courts, including the Ninth Circuit, have permitted parties to proceed anonymously when special circumstances justify secrecy." *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). Such special circumstances are present when "when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature." *Id.* at 1068 (citation and quotation marks omitted). Courts have regularly found that mental health diagnosis and treatment records fall within this sensitive category. *E.g., Smith v. United Healthcare Ins. Co.*, No. 18-CV-06336-HSG, 2019 WL 3238918, at *7 (N.D. Cal. July 18, 2019). Further, children are particularly vulnerable to social stigma.

The Court finds that there is ample justification for allowing Plaintiff to proceed under a pseudonym in order to protect the identity of Plaintiff's minor child. Further, the Court finds that the public will not be prejudiced in not knowing Plaintiff's identity in this individual E.R.I.S.A.

action. Accordingly, it is HEREBY ORDERED that Plaintiff may proceed herein under the pseudonym "Andrea C."

**IT IS SO ORDERED**.

Dated: October 24, 2025



SALLIE KIM
United States Magistrate Judge